IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00290-PAB-BNB

KATRINA M. HICKS,

Plaintiff,

v.

DENVER HOUSING AUTHORITY,

Defendant.

_____

**ORDER**
_____

By a Minute Order [Doc. # 16, filed 4/4/2013] I set this matter for a scheduling conference to occur on May 2, 2013.  Among other things, I required the parties to confer and submit a proposed scheduling order by April 25, 2013.  Because the plaintiff is proceeding pro se and resides in Tennessee, I specifically allowed her to attend the scheduling conference by telephone.  Minute Order [Doc. # 16] at p. 3.

The plaintiff failed and refused to cooperate in the preparation of a proposed scheduling order, despite the efforts by the defendant to obtain the plaintiff's input.  [Proposed] Scheduling Order [Doc. # 17] at pp. 1-2.  Consequently, the draft scheduling order does not contain a statement of the plaintiff's claims, the plaintiff's computation of damages, or the plaintiff's input into discovery limitations or the case plan or schedule.  Id. at pp. 3, 5, and 8-10.  Nor has the plaintiff made Rule 26(a)(a) disclosures, despite my order requiring that those disclosures be completed by April 25, 2013.  Minute Order [Doc. # 16] at p. 3; [Proposed] Scheduling Order [Doc. # 17] at p. 5.  Although defense counsel appeared for the scheduling conference as

ordered, the plaintiff neither appeared nor did she contact the court in any way.

I entered an Order to Show Cause [Doc. # 18] commanding the plaintiff to show cause why the case should not be dismissed for lack of prosecution and failure to comply court orders. The plaintiff responded that she is attempting to engage a lawyer to assist with the case; requesting a continuance of the lawsuit while she located a lawyer; and claiming that the time of the scheduling conference was not convenient.

I will not delay the suit while the plaintiff attempts to find a lawyer. To the contrary, so long as she is proceeding pro se the plaintiff must comply with all court orders and time limitations established by any applicable rule. The failure to do so may result in the case being dismissed.

IT IS ORDERED:

(1)     A supplemental scheduling conference is set for **June 6, 2013, at 2:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff may attend the scheduling conference by telephone by calling the court at 303-844-6408 at that date and time;

(2)     Prior to the scheduling conference the parties shall cooperate in the preparation of a proposed scheduling order. Defense counsel shall prepare and submit the proposed scheduling order electronically and in the proper form, but the plaintiff must cooperate in the preparation of the proposed scheduling order by providing to defense counsel all information necessary for its completion. The proposed scheduling order must be submitted to the court no later than May 30, 2013; and

(3)     The parties shall complete the Rule 26(a)(1) disclosures no later than May 30, 2013.

Dated May 15, 2013.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge