**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00290-PAB-BNB

KATRINA M. HICKS,

    Plaintiff,

v.

DENVER HOUSING AUTHORITY,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Philip A. Brimmer entered on June 18, 2013 it is

ORDERED that the Recommendation of United States Magistrate Judge that the case be dismissed for failure to prosecute pursuant to D.C.Colo.LCivR 41.1 and for failure to comply with Court orders. [Docket No. 30] is ACCEPTED. It is further

ORDERED that the Order to Show Cause [Docket No. 18] is made ABSOLUTE. It is further

ORDERED that this case is DISMISSED without prejudice.


    Dated at Denver, Colorado this 20th day of June, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Sandra Hartmann

                              Sandra Hartmann
                              Deputy Clerk